ACCEPTED
14-18-00244-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/16/2018 4:14 PM
CHRISTOPHER PRINE
CLERK

NO. **14-18-00244-CV**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/16/2018 4:14:49 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **GLEN HARGE** | § | **IN THE** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **14TH COURT** |
| | § | |
| **ZACHARIAH SAKALLAH AND** | § | |
| **EDWIN VILLANUEVA** | § | |
| **Defendants.** | § | **COURT OF APPEALS** |

## APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT**:

**NOW COMES** Plaintiff, Glenn Harge, Movant herein, and brings this Motion for Voluntary Dismissal of all Claims, and in support thereof, would show the court the following:

I.

Appellant, Glenn Harge, asks the Court to enter an order dismissing the appeal filed by Appellant Glenn Harge.

II.

Appellant further states that on March 5, 2018, an Interlocutory Order of Dismissal was entered against Plaintiff Glenn Harge in favor of Defendant Zachariah Sakallah.

Appellant, having considered further litigation of the appeal, heretofore, seeks voluntary dismissal of all appellant claims.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that the Court grants this motion for dismissal, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

Marshall Law Firm

By: _____
CLEOPHUS MARSHALL, III
Texas Bar No. 00797003
Email:  marshalllawfirm@yahoo.com
123 South Flores
San Antonio, TX 78204
Tel. (210) 444-2536
Fax. (210) 591-0488
Attorney for Plaintiff
Glenn Harge